UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

SOUTH OZONE PARK CIVIC ASSOCIATION
WEST (SOPCAW), INC., ET AL.,

                          Plaintiffs,

          vs.                          Docket No. 15-CV-2840 (ILG)

KAD OF QUEENS, LLC, et ano.,

                          Defendants.

---

### CERTIFICATE OF SERVICE AND FILING

       ROBERT B. ZWILLICH hereby certifies the following under the penalty of perjury:

       On the 18th day of May, 2015, I served the NOTICE OF FILING OF NOTICE OF REMOVAL WITH ALL SUPPORTING PAPERS, CIVIL COVER SHEET and RULE 7.1 STATEMENT upon

              Natraj S. Bhushan, Esq.
              233 Fifth Avenue, Suite 4A
              New York, NY 10016

by having a true copy of the aforementioned documents personally delivered to the above-listed law office.

       Further on the 18th day of May, 2015, true copies of the same were filed (under Queens County Index No. 4808/2015) with the

              COUNTY CLERK OF QUEENS COUNTY
              88-11 Sutphin Boulevard
              Jamaica, NY 11435

       Dated this 19th day of May, 2015, at New York, New York.

                                                */s/ Robert B. Zwillich*
                                                Robert B. Zwillich