UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SOUTH OZONE PARK CIVIC ASSOCIATION
WEST, INC., ET AL.,

               Plaintiffs,

    - against -

KAD OF QUEENS, LLC, EPISCOPAL SOCIAL
SERVICES d/b/a SHELTERING ARMS
CHILDREN AND FAMILY SERVICES,

               Defendants.
-------------------------------------------------------x

MEMORANDUM AND ORDER

15 Civ. 2840 (ILG) (LB)

GLASSER, Senior United States District Judge:

On May 19, 2015, the City of New York ("City") filed a motion to intervene as a

defendant in this action, pursuant to Rule 24 of the Federal Rules of Civil Procedure.

Dkt. No. 8.  On July 6, 2015, plaintiffs indicated their consent to the City's intervention

in a footnote to their Opposition to the current defendants' Motion to Dismiss.  Dkt. No.

20.  On July 9, 2015, the City filed a letter requesting that the Court grant its motion to

intervene and amend the caption to this action accordingly.  Dkt. No. 21.  Thus, upon

consent of the parties, the City's motion to intervene is GRANTED.  The caption to this

action shall be modified to reflect the City as a defendant.

    SO ORDERED.

Dated:     Brooklyn, New York
           July 10, 2015

                             /s/
                             I. Leo Glasser
                             Senior United States District Judge